428 A.2d 238

Commonwealth ex rel. Bramich v. Bramich, Appellant.

Argued March 12, 1980. Emil W. Kantra, II, for appellant; John B. Dunn, for appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Order affirmed.

428 A.2d 238

Himelinski et ux. v. Alcoa, Appellant, v. Westinghouse Electric Corp. et al.

Submitted April 9, 1979. James F. Manley, for appellant; Thomas L. Cooper, for Himelinski, appellees; Richard C. Lewis, for Westinghouse, appellee; Robert B. Sommer, for DeLaval Stream Turbine Company, appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Order affirmed.